UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANA FEY WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 1:12-CV-1053

HON. ROBERT HOLMES BELL

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On June 17, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that the decision of the Commissioner of Social Security that Plaintiff Jeana Fey Williams was not entitled to disability insurance benefits be affirmed. (Dkt. No. 18.)

No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 17, 2013, R&R (Dkt. No. 18) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Dated: July 12, 2013                          /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE